**Motion Granted and Order filed May 10, 2012.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-12-00291-CV**
_____

**DENSO CORPORATION, Appellant**
**V.**
**KENNETH E. HALL, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JANICE H. BERG, DECEASED, KATHI BERG WALES, THERESA BERG JR., STEPHEN LESTER BERG, PHYLLIS BERG PELHAM AND JONOTHAN DAVID BERG, EACH INDIVUALLY AND AS REPRESENTATIVE OF THE ESTATE OF KENNETH D. BERG, DECEASED, Appellees**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-46922**

---

**&**
_____

**NO. 14-12-00294-CV**
_____

**DENSO CORPORATION, Appellant**
**V.**
**HELEN MUBARAK-ASSAD, Appellee**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-06603**

---

**&**
_____

**NO. 14-12-00351-CV**
_____

**DENSO CORPORATION, Appellant**
**V.**
**MAHMOUND A. DWEIB, Appellee**

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-12590**

**&**
_____

**NO. 14-12-00353-CV**
_____

**DENSO CORPORATION, Appellant**
**V.**
**DANIEL MEDINA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE**
**ESTATE OF SILVIA MORALES, DECEASED, Appellee**

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-46924**

**O R D E R**

These four accelerated appeals are all taken from orders denying special appearances filed by DENSO Corporation. _See_ Tex Civ. Prac. & Rem. Code § 74.351. On April 19, 2012, DENSO Corporation moved to consolidate. The motion is **GRANTED** and we issue the following order:

We order the appeals pending under our appellate case numbers 14-12-00291-CV, 14-12-00294-CV, 14-12-00351-CV, and 14-12-00353-CV, **CONSOLIDATED. Appellant's brief is due 20 days from the date of this order**.


PER CURIAM